# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Curtis Eugene Taylor,

Vs. No. 11-13-00169-CR

The State of Texas,

\* From the 35th District
Court of Brown County,
Trial Court No. CR21349.

\* December 19, 2013

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Curtis Eugene Taylor's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.